IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:05cr4WS

FRISCO DONTAY LYON

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48(a) of the Fed. R. Crim. Pro., the United States moves to dismiss the indictment against Frisco Dontay Lyon in the above styled and numbered cause, in consequence of the defendant's evident rehabilitation.

DUNN LAMPTON
United States Attorney

By:  s/s Jack B. Lacy, Jr.
Jack B. Lacy, Jr.
Assistant United States Attorney
MSB No. 1757

## ORDER DISMISSING INDICTMENT

On motion of the government, and for the reasons stated, the Court dismisses the indictment in the criminal cause above styled and numbered without prejudice.

THIS the 27th Day of July, 2006

HENRY T. WINGATE
Chief United States District Judge